In the Matter of the Application of JULE L. MAISEL, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and the County Board of Canvassers of the County of Kings,

Joseph Reich, Rival Candidate, and Francis J. Sinnott, County Clerk, Kings County, Respondents.— Order denying application for the holding of a new primary election of the Democratic Party in the sixth Assembly district, Kings county, and for other relief, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.